**Order entered December 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01008-CV

**PROGRESSIVE CHILD CARE SYSTEMS, INC., Appellant/Cross-Appellee**

**V.**

**LEGACY VILLAGE LIMITED PARTNERSHIP, LEGACY VILLAGE ONE, L.L.C., SPY, INC. LEGACY VILLAGE ASSOCIATES, LTD., TEXAS FAMILY FITNESS 2 LLC, SC LEGACY INDEPENDENCE, LTD., SC LEGACY INDEPENDENCE ONE, LLC, AND L&B REALTY ACQUISITIONS, LLC., Appellees/Cross-Appellants**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-01220-2012**

## ORDER

Appellees/Cross-Appellants' motion to strike the appellate brief filed by Spy, Inc. is hereby **DENIED**.

/s/     MOLLY FRANCIS
        JUSTICE